IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MARK T. STINSON, SR**                                                                 **PLAINTIFF**

V.                                    CASE NO. 2:22-cv-00212 JM

**JOHN P. YATES, Warden,**
**FCI-Forrest City Low, BOP;**
**BLAIR, Camp Unit Manager, BOP;**
**B. CRAWFORD, Officer, BOP;**
**RANDLE, Lt., BOP; RENDON,**
**Camp Unit Manager, BOP**                                                              **DEFENDANTS**

Consolidated With:

**MARK T. STINSON, SR**                                                                 **PLAINTIFF**

V.                                    CASE NO. 2:22-cv-00213 JM

**JOHN P. YATES, Warden;**
**BLAIR, Camp Unit Manager;**
**RANDLE; RENDON, Camp**
**Counselor; B. CRAWFORD,**
**Officer with BOP**                                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the Orders that were entered on this day, it is considered, ordered, and adjudged that these cases are hereby DISMISSED with prejudice.

DATED this 29th day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE